UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas D. Hubinsky | : | No.  16-24710-GLT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| The Huntington National Bank successor by merger to FirstMerit Bank | : | Hearing Date: 2/15/17 at 9:00 a.m. |
| | : | |
| | : | Response Date: 2/5/17 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Thomas D. Hubinsky | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION OF THE HUNTINGTON NATIONAL BANK SUCCESSOR BY MERGER TO
FIRSTMERIT BANK FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than February 5, 2017 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on February 15, 2017 at 9:00 a.m. before Judge Gregory L. Taddonio in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: 1/19/17

Attorney for Movant/Applicant

s/ Brett Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
bsolomon@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212