Certificate Number: 17572-PAW-DE-028719066

Bankruptcy Case Number: 16-24710



17572-PAW-DE-028719066

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2017, at 5:44 o'clock PM PST, Thomas D Hubinsky completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    February 5, 2017                   By:    /s/Benjamin E Wunsch

                                            Name:  Benjamin E Wunsch

                                            Title: Counselor