B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Thomas D. Hubinsky**                                                              Case No.   **16-24710**
Debtor(s)                                                                                               Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **4,000.00** |
   | Prior to the filing of this statement I have received | $ **1,000.00** |
   | Balance Due | $ **3,000.00** |

2. $ **310.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **The base fee includes the drafting and filing, where necessary, of the following documents and/or legal services: Filing of the initial bankruptcy petition and schedules, attending the initial meeting of creditors, initial Trustee's conference and plan confirmation hearings, if any.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation in any Adversary Hearings or responses filed thereto, including but not limited to Motions to Lift Automatic Stay, dismiss the bankruptcy, complaints to value liens or assets, hearings to discharge taxes or liens, contested motions of creditors or debtor, motions to convert case, motions applicable to accepting or rejecting leases, post petition complaints or hearings of an adversarial nature, time required for reviewing, drafting and proposing amended chapter 13 plans, amendments, or revisions resulting from client omissions or changes directed by Trustee or client, all hearings, depositions or creditor's meetings (other than the first creditor's meeting), any post petition or bankruptcy matters including, but not limited to filing applications to remove judgment or other liens, research or location and determination of debts, judgments liens against the debtor or his/her property and any other actions not specifically set forth in paragraph 6(d) will be paid through the Chapter 13 plan and charged at a rate of $250.00 per hour and such fees will be subject to the fee application process.**

In re  **Thomas D. Hubinsky**  Case No. **16-24710**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **March 1, 2017** | **/s/ Scott R. Lowden** |
|---|---|
| *Date* | **Scott R. Lowden** |
| | *Signature of Attorney* |
| | **Nicotero & Lowden Legal Services** |
| | **3948 Monroeville Blvd., Suite 2** |
| | **Presidential Village** |
| | **Monroeville, PA 15146** |
| | **412-374-7161   Fax: 412-374-7162** |
| | **niclowlgl@comcast.net** |
| | *Name of law firm* |