**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
THOMAS D. HUBINSKY                                    Case No. 16-24710GLT

        Debtor(s)
RONDA J. WINNECOUR,                                   Chapter 13
Standing Chapter 13 Trustee,

        Movant                                        Document No __
vs.
DISCOVER STUDENT LOANS**

        Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor seeks to change the payee name for a claim, to wit: DISCOVER STUDENT LOANS C/O GREAT LAKES . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

DISCOVER STUDENT LOANS**                              Court claim# 6/Trustee CID# 18
C/O GREAT LAKES BORROWER SVCS
POB 3059
MILWAUKEE, WI 53201-3059


The Movant further certifies that on 10/03/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
THOMAS D. HUBINSKY, 117 UNIVERSITY STREET, VERONA, PA 15147

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA 15146

ORIGINAL CREDITOR:
DISCOVER STUDENT LOANS**, C/O GREAT LAKES BORROWER SVCS, POB 3059, MILWAUKEE, WI 53201-3059

:
DISCOVER STUDENT LOANS**, ATTN BKRPTCY NOTICING, PO BOX 30925, SALT LAKE CITY, UT  84130

NEW CREDITOR:
DISCOVER STUDENT LOANS C/O
GREAT LAKES
PO BOX 3059
MILWAUKEE, WI 53201