# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>THOMAS D. HUBINSKY | Case No. 16-24710GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>DISCOVER STUDENT LOANS** | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

DISCOVER STUDENT LOANS**  Court claim# 5/Trustee CID# 9
C/O GREAT LAKES BORROWER SVCS
POB 3059
MILWAUKEE, WI 53201-3059

The Movant further certifies that on 10/03/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
THOMAS D. HUBINSKY, 117 UNIVERSITY STREET, VERONA, PA 15147

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA 15146

ORIGINAL CREDITOR:
DISCOVER STUDENT LOANS**, C/O GREAT LAKES BORROWER SVCS, POB 3059, MILWAUKEE, WI 53201-3059

:
DISCOVER STUDENT LOANS**, ATTN BKRPTCY NOTICING, PO BOX 30925, SALT LAKE CITY, UT  84130

NEW CREDITOR:
DISCOVER STUDENT LOANS C/O GREAT LAKES
PO BOX 3059
MILWAUKEE, WI 53201