UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No: 16-24710 GLT |
| Thomas D. Hubinsky | Chapter 13 |
| Debtor(s) | Related to Doc No 71 |
| Scott R. Lowden, Esq. | |
| Applicant | |
| vs. | |
| No Respondent | Hearing: 12/18/19 at 9:00 AM |
| Respondent(s) | |

**CERTIFICATE OF SERVICE OF MODIFIED DEFAULT ORDER**

I certify under penalty of perjury that I served or caused to be served the above captioned document on the parties at the addresses specified below or on the attached list on (date) December 5, 2019

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

Served by Scott R. Lowden, 3948 Monroeville Blvd., Ste 2, Monroeville, PA 15146 (412) 374-7161

EXECUTED ON:  December 5, 2019

Filed by: /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
Nicotero & Lowden Legal Services
3948 Monroeville Blvd., Ste 2
Monroeville, PA 15146
niclowlgl@comcast.net
(412) 374-7161

Service by NEF:

| | |
|---|---|
| US Trustee | Ronda Winnecour, Trustee |
| ustpregion03.pi.ecf@usdoj.gov | cmecf@chapter13trusteewdpa.com |

*If applicable, Per Rule 7004(h) Service on an insured depository instutuion "shall be mailed by certified mail addressed to an officer of the instutuion unless: (1) the instutuion has appeared by its attorney, in which case the attorney shall be served by first class mail".  The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.