Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Thomas D. Hubinsky** | : | Case No. 16−24710−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 101 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/4/22 at 11:00 AM |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     ***AND NOW,*** this ***The 23rd of February, 2022***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 101 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  ***On or before April 9, 2022***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***May 4, 2022 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 16-24710-GLT
Thomas D. Hubinsky   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Feb 23, 2022     Form ID: 604     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas D. Hubinsky, 117 University Street, Verona, PA 15147-3738 |
| cr | + | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14379383 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14339831 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14395330 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14339837 | + | Jessalyn Grant, 117 University St., Verona, PA 15147-3738 |
| 14339838 | + | Little Giant Federal Credit Union, 600 Chartiers Ave., Mc Kees Rocks, PA 15136-3806 |
| 14389672 | | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14348313 | | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2022 23:55:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14339830 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2022 23:55:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14345487 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2022 23:55:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14344752 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2022 23:55:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14339833 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2022 23:55:00 | Citizens One Auto Finance, PO Box 7000, Providence, RI 02940 |
| 14339832 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2022 23:55:00 | Citizens Bank, 1000 LaFayette Gill, Bridgeport, CT 06604-4725 |
| 14357986 | + | Email/Text: DSLBKYPRO@discover.com | Feb 23 2022 23:56:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14339834 | + | Email/Text: DSLBKYPRO@discover.com | Feb 23 2022 23:56:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14419300 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 23 2022 23:56:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14339835 | + | Email/Text: bankruptcy@huntington.com | Feb 23 2022 23:56:00 | First Merit, 295 First Merit Circle, Akron, OH 44307-2305 |
| 14339836 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 23 2022 23:56:00 | Harley Davidson Credit Corp, PO Box 21829, Carson City, NV 89721-1829 |
| 14357418 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 23 2022 23:56:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14339839 | + | Email/PDF: pa_dc_ed@navient.com | Feb 24 2022 00:00:46 | Navient Dept. of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 604 | Total Noticed: 23 |

| 14339840 | Email/Text: Bankruptcy.Notices@pnc.com | | |
|---|---|---|---|
| | | Feb 23 2022 23:55:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15013996 | + Email/Text: bankruptcy@huntington.com | | |
| | | Feb 23 2022 23:56:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Duquesne Light Company |
| cr | | The Huntington National Bank successor by merger t |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2022           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor The Huntington National Bank successor by merger to FirstMerit Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Thomas D. Hubinsky niclowlgl@comcast.net |

TOTAL: 6