**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS D. HUBINSKY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Respondents. | Case No.:16-24710<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/22/2016 and confirmed on 2/10/17 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 126,731.00 |
| Less Refunds to Debtor | 3,323.75 | |
| TOTAL AMOUNT OF PLAN FUND | | 123,407.25 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,704.85 | |
|   Trustee Fee | 5,868.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,573.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 38,881.56 | 0.00 | 38,881.56 |
|     Acct: 4977 | | | | |
|   BANK OF AMERICA NA** | 136.50 | 136.50 | 0.00 | 136.50 |
|     Acct: 4977 | | | | |
|   HUNTINGTON NATIONAL BANK S/B/M FIR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3822 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1457 | | | | |
|   CITIZENS BANK NA(*) | 28,141.70 | 28,141.70 | 3,005.19 | 31,146.89 |
|     Acct: 4828 | | | | |
| | | | | 70,164.95 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS D. HUBINSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS D. HUBINSKY | 1,055.00 | 1,055.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS D. HUBINSKY | 2,268.75 | 2,268.75 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC | 1,795.25 | 1,795.25 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX2/19 | | | | |
|   NICOTERO & LOWDEN PC | 1,909.60 | 1,909.60 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX4/20 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 5,943.00 | 2,779.16 | 0.00 | 2,779.16 |
|     Acct: 5381 | | | | |
|   CITIZENS BANK(*) | 5,765.77 | 2,696.28 | 0.00 | 2,696.28 |
|     Acct: 3706 | | | | |
|   DISCOVER STUDENT LOANS | 6,763.14 | 3,162.68 | 0.00 | 3,162.68 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0131 | | | | |
| | HARLEY DAVIDSON CREDIT CORP* | 10,729.95 | 5,017.71 | 0.00 | 5,017.71 |
| | Acct: 5597 | | | | |
| | LITTLE GIANT FEDERAL CR UNION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LITTLE GIANT FEDERAL CR UNION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O THE DEF | 18,645.56 | 8,719.34 | 0.00 | 8,719.34 |
| | Acct: 4844 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DISCOVER STUDENT LOANS | 20,486.20 | 9,580.09 | 0.00 | 9,580.09 |
| | Acct: 0134 | | | | |
| | DISCOVER STUDENT LOANS | 18,472.61 | 8,638.46 | 0.00 | 8,638.46 |
| | Acct: 0135 | | | | |
| | DUQUESNE LIGHT COMPANY* | 160.66 | 75.13 | 0.00 | 75.13 |
| | Acct: 4844 | | | | |
| | HUNTINGTON NATIONAL BANK S/B/M FIR | 6,753.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 3822 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRED MANNO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAUREN HUBINSKY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JESSALYN GRANT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 40,668.85 |

TOTAL PAID TO CREDITORS                                                                            110,833.80

TOTAL CLAIMED
PRIORITY        0.00
SECURED    28,278.20
UNSECURED  93,720.68

Date: 02/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    THOMAS D. HUBINSKY

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:16-24710

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas D. Hubinsky  
    Debtor

Case No. 16-24710-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Feb 24, 2022      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol      Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas D. Hubinsky, 117 University Street, Verona, PA 15147-3738 |
| cr | + | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14379383 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14339831 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14395330 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14339837 | + | Jessalyn Grant, 117 University St., Verona, PA 15147-3738 |
| 14339838 | + | Little Giant Federal Credit Union, 600 Chartiers Ave., Mc Kees Rocks, PA 15136-3806 |
| 14389672 | | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14348313 | | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2022 23:35:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14339830 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2022 23:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14345487 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2022 23:35:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14344752 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2022 23:35:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14339833 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2022 23:35:00 | Citizens One Auto Finance, PO Box 7000, Providence, RI 02940 |
| 14339832 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2022 23:35:00 | Citizens Bank, 1000 LaFayette Gill, Bridgeport, CT 06604-4725 |
| 14357986 | + | Email/Text: DSLBKYPRO@discover.com | Feb 24 2022 23:36:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14339834 | + | Email/Text: DSLBKYPRO@discover.com | Feb 24 2022 23:36:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14419300 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 24 2022 23:36:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14339835 | + | Email/Text: bankruptcy@huntington.com | Feb 24 2022 23:36:00 | First Merit, 295 First Merit Circle, Akron, OH 44307-2305 |
| 14339836 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 24 2022 23:36:00 | Harley Davidson Credit Corp, PO Box 21829, Carson City, NV 89721-1829 |
| 14357418 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 24 2022 23:35:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14339839 | + | Email/PDF: pa_dc_ed@navient.com | Feb 24 2022 23:37:05 | Navient Dept. of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 23 |

| 14339840 | Email/Text: Bankruptcy.Notices@pnc.com | | |
|---|---|---|---|
| | | Feb 24 2022 23:35:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15013996 | + Email/Text: bankruptcy@huntington.com | | |
| | | Feb 24 2022 23:36:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Duquesne Light Company |
| cr | | The Huntington National Bank successor by merger t |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor The Huntington National Bank successor by merger to FirstMerit Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Thomas D. Hubinsky niclowlgl@comcast.net |

TOTAL: 6