IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/13/22 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
THOMAS D. HUBINSKY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-24710

Chapter 13
Related to Dkt. No. 101

## ORDER OF COURT

AND NOW, this 13th day of April 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY T. TADDONIO    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24710-GLT |
| Thomas D. Hubinsky | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas D. Hubinsky, 117 University Street, Verona, PA 15147-3738 |
| cr | + | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14379383 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14339831 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14395330 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14339837 | + | Jessalyn Grant, 117 University St., Verona, PA 15147-3738 |
| 14339838 | + | Little Giant Federal Credit Union, 600 Chartiers Ave., Mc Kees Rocks, PA 15136-3806 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2022 23:13:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14348313 | | Email/Text: ally@ebn.phinsolutions.com | Apr 13 2022 23:13:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14339830 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 13 2022 23:13:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14379383 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2022 23:13:00 | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14339831 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2022 23:13:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14395330 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 13 2022 23:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14345487 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2022 23:13:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14344752 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2022 23:13:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14339833 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2022 23:13:00 | Citizens One Auto Finance, PO Box 7000, Providence, RI 02940 |
| 14339832 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2022 23:13:00 | Citizens Bank, 1000 LaFayette Gill, Bridgeport, CT 06604-4725 |
| 14357986 | + | Email/Text: DSLBKYPRO@discover.com | Apr 13 2022 23:13:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14339834 | + | Email/Text: DSLBKYPRO@discover.com | Apr 13 2022 23:13:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14419300 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 13 2022 23:13:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14339835 | + | Email/Text: bankruptcy@huntington.com | Apr 13 2022 23:13:00 | First Merit, 295 First Merit Circle, Akron, OH |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | 44307-2305 |
| 14339836 | + Email/Text: bankruptcy.notices@hdfsi.com | | Apr 13 2022 23:13:00 | Harley Davidson Credit Corp, PO Box 21829, Carson City, NV 89721-1829 |
| 14357418 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | | Apr 13 2022 23:13:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14339839 | + Email/PDF: pa_dc_ed@navient.com | | Apr 13 2022 23:18:30 | Navient Dept. of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14389672 | Email/PDF: pa_dc_ed@navient.com | | Apr 13 2022 23:18:30 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14339840 | Email/Text: Bankruptcy.Notices@pnc.com | | Apr 13 2022 23:13:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15013996 | + Email/Text: bankruptcy@huntington.com | | Apr 13 2022 23:13:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Duquesne Light Company |
| cr | | The Huntington National Bank successor by merger t |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

**Name**                **Email Address**

Brett A. Solomon
          on behalf of Creditor The Huntington National Bank successor by merger to FirstMerit Bank brett@solomon-legal.com

Brian Nicholas
          on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
          on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Apr 13, 2022     Form ID: pdf900     Total Noticed: 23

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Scott R. Lowden
   on behalf of Debtor Thomas D. Hubinsky niclowlgl@comcast.net

TOTAL: 6