**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS D. HUBINSKY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-24710 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/22/2016 and confirmed on 02/10/2017 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 126,731.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 126,731.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 6,704.85 | |
|     Trustee Fee | 5,868.60 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,573.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 38,881.56 | 0.00 | 38,881.56 |
|     Acct: 4977 | | | | |
|   BANK OF AMERICA NA** | 136.50 | 136.50 | 0.00 | 136.50 |
|     Acct: 4977 | | | | |
|   HUNTINGTON NATIONAL BANK S/B/M FIR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3822 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1457 | | | | |
|   CITIZENS BANK NA(*) | 28,141.70 | 28,141.70 | 3,005.19 | 31,146.89 |
|     Acct: 4828 | | | | |
| | | | | 70,164.95 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS D. HUBINSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS D. HUBINSKY | 1,055.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THOMAS D. HUBINSKY | 2,268.75 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NICOTERO & LOWDEN PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NICOTERO & LOWDEN PC | 1,795.25 | 1,795.25 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/19 | | | | |
| NICOTERO & LOWDEN PC | 1,909.60 | 1,909.60 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX4/20 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 1,055.00 | 1,055.00 | 0.00 | 1,055.00 |
|   Acct: XXXXXXXXXXXXXXXXX4710 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 2,268.75 | 2,268.75 | 0.00 | 2,268.75 |
|   Acct: XXXXXXXXXXXXXXXXX4710 | | | | |
| | | | | 3,323.75 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 5,943.00 | 2,779.16 | 0.00 | 2,779.16 |
|   Acct: 5381 | | | | |
| CITIZENS BANK(*) | 5,765.77 | 2,696.28 | 0.00 | 2,696.28 |
|   Acct: 3706 | | | | |
| DISCOVER STUDENT LOANS | 6,763.14 | 3,162.68 | 0.00 | 3,162.68 |
|   Acct: 0131 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 10,729.95 | 5,017.71 | 0.00 | 5,017.71 |
|   Acct: 5597 | | | | |
| LITTLE GIANT FEDERAL CR UNION++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LITTLE GIANT FEDERAL CR UNION++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 18,645.56 | 8,719.34 | 0.00 | 8,719.34 |
|   Acct: 4844 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DISCOVER STUDENT LOANS | 20,486.20 | 9,580.09 | 0.00 | 9,580.09 |
|   Acct: 0134 | | | | |
| DISCOVER STUDENT LOANS | 18,472.61 | 8,638.46 | 0.00 | 8,638.46 |
|   Acct: 0135 | | | | |
| DUQUESNE LIGHT COMPANY* | 160.66 | 75.13 | 0.00 | 75.13 |
|   Acct: 4844 | | | | |
| HUNTINGTON NATIONAL BANK S/B/M  FIR | 6,753.79 | 0.00 | 0.00 | 0.00 |
|   Acct: 3822 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FRED MANNO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAUREN HUBINSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JESSALYN GRANT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 40,668.85 |

TOTAL PAID TO CREDITORS                                                                                    114,157.55

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,323.75 |
| SECURED | 28,278.20 |
| UNSECURED | 93,720.68 |

Date: 07/14/2022    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com