IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 2:16-bk-24710 |
| THOMAS D. HUBINSKY, | Chapter 13 |
| Debtor, | Related to Doc. No. 109 & 111 |
| DILKS & KNOPIK AS ASSIGNEE TO THOMAS D. HUBINSKY, | |
| Movant/Claimant, | |
| v. | |
| THOMAS D. HUBINSKY, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

## CERTIFICATE OF SERVICE OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041, ET SEQ. AND ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION

I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below or on the attached list on October 24, 2022.

The types of service made on the parties were:

By Email:

Debtors Attorney    Scott R. Lowden    niclowlgl@comcast.net

and,

By First-Class Mail to the following parties:

Thomas D. Hubinsky
Debtor
117 University Street
Verona, PA 15147

Ronda J. Winnecour
Chapter 13 Trustee
600 Grant Street, Suite 3250, USX Tower
Pittsburgh, PA 15219

United States Attorney's Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

David Berry Bankruptcy Analyst
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8120

Counsel for Dilks & Knopik, LLC as assignee to Thomas D. Hubinsky