IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 2:16-bk-24710 |
| THOMAS D. HUBINSKY, | Chapter 13 |
| Debtor, | Related to Doc. No. 129 |
| DILKS & KNOPIK AS ASSIGNEE TO THOMAS D. HUBINSKY, | |
| Movant/Claimant, | |
| v. | |
| THOMAS D. HUBINSKY, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

## CERTIFICATE OF SERVICE OF TEXT ORDER GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO MOTION TO PAY UNCLAIMED FUNDS

I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on October 28, 2022.  The Text Order States:

The creditor's Request to Restrict Public Access to Motion to Pay Unclaimed Funds, filed at [120], is HEREBY GRANTED. The creditor shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Deller. Signed on October 27, 2022. (RE: related document(s): [129] Request to Restrict Public Access to Motion to Pay Unclaimed Funds - PAWB Form 38).

The types of service made on the parties were:

By First-Class Mail:

Thomas D. Hubinsky
117 University Street
Verona, PA 15147

Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146

| | |
|---|---|
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

BERNSTEIN-BURKLEY, P.C.

Respectfully submitted,

/s/ Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Dilks & Knopik, LLC as assignee to Thomas D. Hubinsky