IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 2:16-bk-24710 |
| THOMAS D. HUBINSKY, | Chapter 13 |
| Debtor, | Related to Doc. No. 109 & 111 |
| DILKS & KNOPIK AS ASSIGNEE TO THOMAS D. HUBINSKY, | |
| Movant/Claimant, | |
| v. | |
| THOMAS D. HUBINSKY, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO
MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen, filed at Doc. No. 117 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than November 10, 2022.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Order Directing Payment of Funds be entered by the Court.

Dated: November 11, 2022

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8120

Counsel for Dilks & Knopik, LLC as assignee to Thomas D. Hubinsky