FILED
11/14/22 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 2:16-bk-24710 |
| THOMAS D. HUBINSKY, | Chapter 13 |
| Debtor, | Related to Doc. No. 109,111 & 117 |
| DILKS & KNOPIK AS ASSIGNEE TO THOMAS D. HUBINSKY, | |
| Movant/Claimant, | |
| v. | |
| THOMAS D. HUBINSKY, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

ORDER OF COURT

AND NOW, this  14th Day of November , 2022, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) it is hereby ORDERED that the Thomas D. Hubinsky bankruptcy is reopened and reinstated.

BY THE COURT:

Honorable Gregory L. Taddonio
U.S. Bankruptcy Chief Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas D. Hubinsky  
    Debtor

Case No. 16-24710-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Nov 14, 2022     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas D. Hubinsky, 117 University Street, Verona, PA 15147-3738 |
| 14339837 | + | Jessalyn Grant, 117 University St., Verona, PA 15147-3738 |
| 14339838 | + | Little Giant Federal Credit Union, 600 Chartiers Ave., Mc Kees Rocks, PA 15136-3806 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2022 03:25:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14348313 | | Email/Text: ally@ebn.phinsolutions.com | Nov 15 2022 03:26:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14339830 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 15 2022 03:26:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14379383 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2022 03:25:00 | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14339831 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2022 03:25:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14395330 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 15 2022 03:26:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14345487 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 15 2022 03:26:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14344752 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 15 2022 03:26:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14339833 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 15 2022 03:26:00 | Citizens One Auto Finance, PO Box 7000, Providence, RI 02940 |
| 14339832 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 15 2022 03:26:00 | Citizens Bank, 1000 LaFayette Gill, Bridgeport, CT 06604-4725 |
| 14357986 | + | Email/Text: DSLBKYPRO@discover.com | Nov 15 2022 03:26:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14339834 | + | Email/Text: DSLBKYPRO@discover.com | Nov 15 2022 03:26:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14419300 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2022 03:26:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14339835 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2022 03:26:00 | First Merit, 295 First Merit Circle, Akron, OH 44307-2305 |
| 14339836 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 15 2022 03:26:00 | Harley Davidson Credit Corp, PO Box 21829, Carson City, NV 89721-1829 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14357418 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com Nov 15 2022 03:26:00 | | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14339839 | + | Email/PDF: pa_dc_ed@navient.com Nov 15 2022 03:35:45 | | Navient Dept. of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14389672 | | Email/PDF: pa_dc_ed@navient.com Nov 15 2022 03:35:44 | | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14339840 | | Email/Text: Bankruptcy.Notices@pnc.com Nov 15 2022 03:26:00 | | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15013996 | + | Email/Text: bankruptcy@huntington.com Nov 15 2022 03:26:00 | | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Dilks & Knopik, LLC as assignee to Thomas D. Hubin |
| cr | | Duquesne Light Company |
| cr | | The Huntington National Bank successor by merger t |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor The Huntington National Bank successor by merger to FirstMerit Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Dilks & Knopik  LLC as assignee to Thomas D. Hubinsky kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 23 |

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Scott R. Lowden

on behalf of Debtor Thomas D. Hubinsky niclowlgl@comcast.net

TOTAL: 7